UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARY ALLEN** | **CASE NO. 3:21-CV-01967** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation [Doc. No. 19] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 2nd day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE