# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **MARY ALLEN** | **CASE NO. 3:21-CV-01967** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 27] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Attorney Fees [Doc. No. 21] is **GRANTED IN PART** and **DENIED IN PART**, and the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Mary Allen for attorney's fees in the amount of $5,680.00 (28.4 hours at $200.00 per hour), plus costs of $402.00.

MONROE, LOUISIANA, this 18th day of May 2023.

_____
Terry A. Doughty
United States District Judge